## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE: FEDERAL HOME LOAN
MORTGAGE CORP. (FREDDIE MAC)
SECURITIES LITIGATION

MDL NO. 2072

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, PEERLESS INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, SAFECO CORPORATION and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>            Plaintiffs,<br><br>v.<br><br>GOLDMAN, SACHS & CO.,<br><br>            Defendant. | )<br>)<br>)<br>)  Civil Action No. 09-Civ-7097<br>)<br>)  Hon. Miriam Goldman Cedarbaum<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), the Plaintiffs Liberty Mutual Insurance

Company, Peerless Insurance Company, Employers Insurance Company of Wausau, Safeco

Corporation and Liberty Life Assurance Company of Boston voluntarily dismiss the above-

captioned action against the Defendant Goldman, Sachs & Co., without prejudice. No answer or

motion for summary judgment has been filed by the Defendant Goldman, Sachs & Co.

Dated: August 17, 2009            Respectfully submitted,

By: _____ /s/ Christopher P. Sullivan _____
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Christopher P. Sullivan, Esq.
800 Boylston St., 25th Floor
Boston, MA 02199-7610
Phone: (617) 267-2300
Fax: (617) 267-8288

- 1 -

35259237.1

and

Thomas B. Hatch, Esq.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Phone: (612) 349-8500

ATTORNEYS FOR PLAINTIFFS:

LIBERTY MUTUAL INSURANCE COMPANY,
PEERLESS INSURANCE COMPANY,
EMPLOYERS INSURANCE COMPANY OF
WAUSAU, SAFECO CORPORATION and
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON

## CERTIFICATE OF SERVICE

I, Christopher P. Sullivan, hereby certify that I caused the attached document to be served upon Defendant's counsel of record electronically as identified on the Notice of Electronic Filing and paper copies sent to those indicated as non-registered participants on August 17, 2009.

/s/ Christopher P. Sullivan _____
Christopher P. Sullivan